PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEBORAH JEAN MERRIMAN,<br><br>　　　　　　　　Defendant. | CASE NO. 1:23-CR-00148-JLT<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: September 1, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for a status conference on September 1, 2023, at 2:00 p.m.

　　2.　　By this stipulation, the parties now move to continue the status conference to September 25, at 2:00 p.m.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The parties request a continuance to September 25, 2023, to allow additional time for defense counsel to confer with the defendant regarding the case, review and obtain additional discovery, as well as for the parties to confer regarding potential resolution.

///

b) There is no objection to the continuance.

IT IS SO STIPULATED.

Dated: August 28, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:

MICHAEL BERDINELLA
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: 8/28/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE