MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Deborah Jean Merriman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:23-CR-00148-JLT |
| Respondent/Plaintiff, | **ORDER TO SEAL ATTACHMENT C OF SENTENCING MEMORANDUM** |
| vs. | |
| **DEBORAH JEAN MERRIMAN,** | **Sentencing Hearing:** November 6, 2023<br>**Time:** 10:00<br>**Judge:** Hon. Jennifer L. Thurston |
| Petitioner/Defendant. | |

    Upon Application of the Defendant Deborah Jean Merriman, through Counsel Michael W. Berdinella, and good cause being show as set forth in Defendant's Application to Seal Attachment C of the Sentencing Memorandum

    IT IS HEREBY ORDERED that Defendant's Attachment C of the Sentencing Memorandum shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

    Dated: __**November 2, 2023**__

                                                                     */s/ Jennifer L. Thurston*
                                                                UNITED STATES DISTRICT JUDGE