IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH JEAN MERRIMAN<br><br>Defendant. | Case No.:  1:23-cr-00148-001 JLT<br><br>ORDER OF RELEASE |

The above-named defendant has been sentenced on November 13, 2023 to Time Served and has been accepted to the Tranquility House Program located in Atwater, California. Thus, the Court **ORDERS**:

1. The defendant shall be released on Tuesday, November 14, 2023 at 8:00am to Kathy Grinstead, a contractor with the Office of the Federal Defender or a member of her staff, for transportation directly to Tranquility House Program located at Atwater, California.

IT IS SO ORDERED.

Dated:   **November 13, 2023**

_____
UNITED STATES DISTRICT JUDGE